IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Carmen Carter, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00-cv-00739 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| E W Scripps Company, : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Court hereby ADOPTS the Magistrate Judge's report and AFFIRMS the Magistrate Judge's recommended decisions (doc. 74). The Court therefore GRANTS Defendant's Motion for Summary Judgment (doc. 60) and terminates this case upon the Court's docket.

10/17/03                                                                    Kenneth Murphy, Clerk

                                                                            s/Kevin Moser
                                                                            Kevin Moser
                                                                            Deputy Clerk