

FILED
Terry Deinlein, Acting Clerk
Cincinnati, Ohio

03 NOV -5 PM 2: 18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARMEN CARTER                    Case Number 1:00-CV-00739

    Plaintiff                    Sr. District Judge S. Arthur Spiegel

vs

E. W. Scripps Company

    Defendant

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Carmen Carter, in the above named case hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order issued on the 17th day of October 2003, by Senior District Judge S. Arthur Spiegel, dismissing the Plaintiff's suit to throw out the tainted arbitration award.

*Carmen Carter*
Carmen Carter
Plaintiff
419 Probasco Street #7
Cincinnati, OH 45220
(513) 751-5076

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Appelle's attorney, David Holcombe, Baker & Hostetler, 312 Walnut Street, Cincinnati, OH 45202-4038, via U.S. mail this 4th day of November 2003.

*Carmen Carter*

Carmen Carter

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARMEN CARTER, : NO. 1:00-CV-00739
:
      Plaintiff, :
:
v. : **ORDER**
:
THE E.W. SCRIPPS COMPANY, :
:
      Defendant. :

    This matter is before the Court on the Magistrate Judge's July 28, 2003 Report and Recommendation (doc. 74), to which there were no objections filed.

    Plaintiff's Complaint seeks to vacate an arbitrated decision finding just and sufficient cause existed for Defendant's suspension and termination of Plaintiff's employment (doc. 1). According to Plaintiff, the Arbitrator's decision should be set aside because 1) the Union representative breached its duty of fair representation of the Plaintiff during the arbitration proceeding, 2) there was evidence of partiality on the part of the Arbitrator, and 3) the Arbitrator failed to consider evidence and witnesses' statements submitted prior to the arbitration (Id.). Defendant filed its Motion for Summary Judgment, contending that Plaintiff lacks standing to bring suit because she is a non-signatory to the Collective Bargaining Agreement, and that even if she did have

1

standing, she has failed to present evidence sufficient to support a claim to vacate the Arbitrator's award (doc. 60).

In his Report and Recommendation, the Magistrate Judge found that Plaintiff has no standing to challenge the arbitration award because the Collective Bargaining Agreement does not grant Plaintiff such rights (doc. 74)(finding persuasive Defendant's citation to <u>Bacashihua v. American Postal Workers Union</u>, 859 F. 2d 402 (6th Cir. 1988), and <u>citing</u> <u>Katir v. Columbia University</u>, 15 F. 3d 23 (2d Cir. 1994)). The Magistrate Judge further found that even if Plaintiff had standing, there is no issue of material fact relative to Plaintiff's claim that the union failed to provide her with fair representation at the hearing, and therefore summary judgment in favor of the union would be appropriate if the union were made a party (<u>Id</u>.). The Magistrate Judge reasoned that because Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185 requires a finding against the union and the employer, and as no such finding can be made against the union, it follows that Defendant employer is entitled to summary judgment (<u>Id</u>.). As for Plaintiff's contentions that the Arbitrator was biased, the Magistrate Judge found no basis to obstruct summary judgment in favor of Defendant (<u>Id</u>.). Finally, the Magistrate Judge found that the Arbitrator's decision reflects that he drew his conclusion from his analysis of the facts and the Collective Bargaining Agreement,

and that Plaintiff has not demonstrated that any extralegal factors influenced the Arbitrator's decision (<u>Id</u>.). The Magistrate Judge concluded by recommending that Defendant's Motion for Summary Judgment be granted and this matter be terminated upon the Court's docket (doc. 74).

The Court finds the Report and Recommendation of the Magistrate Judge thorough and well-reasoned and will therefore affirm his Recommendation.

Proper notice was provided to the parties under Title 28 U.S.C. § 636(b)(1)(C), including the notice that they would waive further appeal if they failed to file an objection to the Magistrate Judge's Report and Recommendation in a timely manner. <u>See</u> <u>United States v. Walters</u>, 638 F.2d 947, 949-50 (6th Cir. 1981).

Having reviewed this matter <u>de novo</u>, pursuant to Title 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct. Accordingly, the Court hereby ADOPTS the Magistrate Judge's report and AFFIRMS the Magistrate Judge's recommended decisions (doc. 74). The Court therefore GRANTS Defendant's Motion for Summary Judgment (doc. 60) and terminates this case upon the Court's docket.

SO ORDERED.

Dated: 10/14/03

S. Arthur Spiegel
United States Senior District Judge

3

## Other Orders/Judgments

1:00-cv-00739-SAS-TSH Carter v. E W Scripps Company

### U.S. District Court [LIVE]

### LIVE - U.S. District Court, Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from km, entered on 10/17/2003 at 12:42 PM EDT and filed on 10/17/2003

**Case Name:** Carter v. E W Scripps Company
**Case Number:** 1:00-cv-739
**Filer:**
**Document Number:** 77

**Docket Text:**
ORDER ADOPTING REPORT AND RECOMMENDATION [74] The Court GRANTS Defendant's Motion for Summary Judgment [60] and terminates this case upon the Court's docket. Signed by Judge S Arthur Spiegel on 10/16/2003. (km, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=10/17/2003] [FileNumber=46299-0]
[811e49e7da4e1875fb8167d29ef53b1f9628e2ae09ee626c3ad406524d403c290fd4
937b3251b04ca56c116c64e32e80da434036f8236d53fa65a19d67956704]]

**1:00-cv-739 Notice will be electronically mailed to:**

David G Holcombe    dholcombe@bakerlaw.com,

Jeffery L VanWay    jvanway@bakerlaw.com, cfetters@bakerlaw.com

**1:00-cv-739 Notice will not be electronically mailed to:**

Carmen Carter
419 Probasco Street
#7
Cincinnati, OH 45220

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carmen Carter,

    Plaintiff(s)

                                       Case Number: 1:00-cv-00739

vs.

                                       Senior District Judge S. Arthur Spiegel

E W Scripps Company,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Court hereby ADOPTS the Magistrate Judge's report and AFFIRMS the Magistrate Judge's recommended decisions (doc. 74). The Court therefore GRANTS Defendant's Motion for Summary Judgment (doc. 60) and terminates this case upon the Court's docket.

10/17/03

                                                                        Kenneth Murphy, Clerk

                                                                        s/Kevin Moser
                                                                        Kevin Moser
                                                                        Deputy Clerk

**Other Orders/Judgments**
1:00-cv-00739-SAS-TSH Carter v. E W Scripps Company

U.S. District Court [LIVE]

LIVE - U.S. District Court, Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from km, entered on 10/17/2003 at 12:48 PM EDT and filed on 10/17/2003
**Case Name:**      Carter v. E W Scripps Company
**Case Number:**    1:00-cv-739
**Filer:**
**Document Number:** 78

**Docket Text:**
CLERK'S JUDGMENT affirming order [77] entering judgment in favor of Defendant and against Plaintiff. (km, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=10/17/2003] [FileNumber=46316-0]
[38920036df4d6ed1010351fab19d0c58d87e55c40cec1f59fad3a72e321d17083662
c7fc6d7780f9949ac1b7055b7b39da077177058f8758d21e18327c9d7961]]

**1:00-cv-739 Notice will be electronically mailed to:**

David G Holcombe    dholcombe@bakerlaw.com,

Jeffery L VanWay    jvanway@bakerlaw.com, cfetters@bakerlaw.com

**1:00-cv-739 Notice will not be electronically mailed to:**

Carmen Carter
419 Probasco Street
#7
Cincinnati, OH 45220