```
Wed Nov  5 14:06:38 2003

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 420786
Cashier           kjl

M.O. Number: 4353789587

DO Code    Div No
 4681        1

Sub Acct Type Tender      Amount
1:086900  N      3        105.00
2:510000  N      1        150.00

Total Amount      $       255.00

CARMEN CARTER

NOTICE OF APPEAL ON 1:00-CV-0739



Wed Nov  5 14:06:38 2003

M. O. No. 4353789587
Amount$   105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4681
```