# TRANSMISSION FORM

| District Court: | S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:00cv739 | Court of Appeals Case No: 03-4477 |
| SHORT CAPTION | | |
| *CARMEN CARTER | | Case Manager: **NANCY BARNES** |
| Plaintiff/Petitioner | | Date Filed: |
| vs. | | |
| E.W. SCRIPPS COMPANY | | **FILED** |
| Defendant/Respondent | | NOV 1 3 2003 |
| 419 Probasco Street #7 Cincinnati, Ohio 45220 | | LEONARD GREEN, Clerk |
| *provide pro se address IF NOT on the docket sheet | | |
| District Court Judge: | S. Arthur Spiegel | Anything That Needs Special Attention |
| Court Reporter(s): | Mary Ann Ranz | NOTICE OF APPEAL(DOC.#79) appealing Order(doc.#77) and Judgment(doc.#78) filed October 17, 2003. |
| From Deputy Clerk: | Arthur Hill | |
| Date: | 11-5-2003 | |
| $105.00 Appeal Filing Fee Paid? YES | | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (Including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)       Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)       **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **TERRY DEINLEIN, ACTING CLERK**
_____
United States District Court