**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carmen Carter
   419 Probasco Street, #7
   Cincinnati, OH 45220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Carmen Carter    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   Carmen Carter

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0000 0330 3866

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

00-739 (Doc 84) TSH