UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARMEN CARTER                               CASE NO. C-1-00-739

    Plaintiff                                SR. JUDGE ARTHUR SPIEGEL

vs

THE E. W. SCRIPPS COMPANY

    Defendant

## AFFIDAVIT OF CARMEN CARTER

STATE OF OHIO

COUNTY OF HAMILTON

    I, Carmen Carter, being duly sworn, hereby depose and say as follows:

1) I am the Plaintiff in this case.

2) The two-page document from Central Community Health Board is an official part of my medical record and my Social Security Disability/SSI application.

3) The admission form with my name, address, employment and symptoms; and the redacted handwritten page with the wrong surname but correct birth date, indicating symptoms of Major Depressive Syndrome are authentic documents from my University of Cincinnati Hospital medical record.

4) The E-mail letter addressed to Defense Counsel David Holcombe from Morris Williams of IMPACT Ohio attempting to arrange mediation, is the letter also E-mailed to the Plaintiff and to Senior Judge Weber.

FURTHER, AFFIANT SAYETH NOT.

*Carmen Carter*
Carmen Carter

Sworn to and subscribed before me this 14th day of February 2004.

*Barbara L. Green*
Notary Public

BARBARA L. GREEN
Notary Public, State of Ohio
My Commission Expires May 28, 2007