7002 0860 0006 5229 8603

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*



| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

C-1-00-739

Dec 9 2

Sent To  *CARMEN CARTER*

Street, Apt. No.; or PO Box No.  *419 PROBASCO ST #7*

City, State, ZIP+4  *CINCINNATI OH 45202*

PS Form 3800, April 2002                    See Reverse for Instructions