| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Carmen Carter* | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*)<br>Carmen Carter | C. Date of Delivery<br>7-17-04 |
| 1. Article Addressed to:<br><br>CARMEN CARTER<br>419 PROBASCO STREET<br>#7<br>CINCINNATI, OH 45220 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |  |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes | |
| 2. Article Number<br>(*Transfer from service label*) | 7002 0860 0006 5229 8603 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

• Sender: Please print your name, address, and ZIP+4 in this box •

```
OFFICE OF THE CLERK
U. S. DISTRICT COURT
Rm 103  U. S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202
```

C-1-00-739 (KM)
Doc. 92