UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 AUG -2 PM 4:45

CARMEN CARTER

    Plaintiff

vs

E.W. SCRIPPS COMPANY

    Defendant

Case Number 1:00-CV-00739

Sr. District Judge S. Arthur Spiegel

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Carmen Carter, in the above named case hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order issued the 14th day of July 2004, by Senior District Judge S. Arthur Spiegel.

_Carmen Carter_
Carmen Carter
Plaintiff
419 Probasco Street #7
Cincinnati, OH 45220
(513) 751-5076

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Appellee's attorney, David Holcombe, Baker & Hostetler, 312 Walnut Street, Cincinnati, OH 45202-4038, via ordinary U.S. mail this 2nd day of August 2004.

_____
Carmen Carter