# TRANSMISSION FORM

ECF 8-6-04

| District Court: | SD of Ohio (Western Division) |
|---|---|
| District Court Case No: | 1:00-cv-739 |

**SHORT CAPTION**

*Carmen Carter

Plaintiff/Petitioner

vs.

**EW Scripps Company**

Defendant/Respondent

419 Probasco Street
#7
Cincinnati, OH 45220

*provide pro se address IF NOT on the docket sheet

| District Court Judge: | Spiegel |
|---|---|
| Court Reporter(s): | |
| From Deputy Clerk: | Kendra Jordan |
| Date: | 8-4-04 |

$255.00 Appeal Filing Fee Paid?   **NO**

**APPEAL INFORMATION to be completed by the Sixth Circuit**

Court of Appeals Case No: 04-3995

Case Manager: NANCY BARNES

Date Filed:

FILED
AUG 1 0 2004
LEONARD GREEN, Clerk

**Anything That Needs Special Attention**

**Motion to proceed without pre-payment of fees**

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**     ___Volume(s)

Deposition(s)    ___Volume(s)    Exhibit(s)    ___ Volume(s)

Transcript(s)    ___Volume(s)    **Sealed**    ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____ **James Bonini** _____
United States District Court