UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARMEN CARTER                                Case No. 1:00-CV-739

    Plaintiff

vs

THE E. W. SCRIPPS COMPANY

    Defendant

### AMENDED NOTICE OF APPEAL

Pursuant to the attached order, the Plaintiff hereby files an amended notice of appeal to the Sixth Circuit's Case 03-4477.

Respectfully submitted,

_Carmen Carter_
Carmen Carter
419 Probasco Street #7
Cincinnati, OH 45220
(513) 751-5076

### CERTIFICATE OF SERVICE

This is to certify that the undersigned has forwarded a copy of the foregoing to the Defendant's counsel, David Holcombe, Baker & Hostetler, 312 Walnut Street, Cincinnati, OH 45202, via ordinary U.S. mail this 20th day of August 2004.

_Carmen Carter_
Carmen Carter