# TRANSMISSION FORM

ECF 8-30-04

| District Court: | SD of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:00-cv-739 | Court of Appeals Case No: 03-4477 |
| SHORT CAPTION | | |
| | *Carmen Carter | Case Manager: |
| Plaintiff/Petitioner | vs. | Date Filed: |
| | EW Scripps Company | **FILED AUG 3 1 2004 LEONARD GREEN, Clerk** |
| Defendant/Respondent | 419 Probasco Street #7 Cincinnati, OH 45220 | |
| *provide pro se address IF NOT on the docket sheet | | |
| District Court Judge: | Spiegel | Anything That Needs Special Attention |
| Court Reporter(s): | | **Amended Notice of Appeal** filed as amended NoA to 03-4477 |
| From Deputy Clerk: | Kendra Jordan | |
| Date: | 8-26-04 | |
| $255.00 Appeal Filing Fee Paid? **NO** | | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)    ___Volume(s)

Deposition(s)    ___Volume(s)    Exhibit(s)    ___Volume(s)

Transcript(s)    ___Volume(s)    **Sealed**    ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____**James Bonini**_____
United States District Court