F I L E   C O P Y

# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT
### 100 EAST FIFTH STREET, ROOM 540
### POTTER STEWART U.S. COURTHOUSE
### CINCINNATI, OHIO  45202-3988

LEONARD GREEN
CLERK

SCOTT J. SWEARINGEN
(513) 564-7047
www.ca6.uscourts.gov

Filed: July 8, 2005

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 03-4477: 04-3995
    Carter vs. E W Scripps Co
    District Court No. 00-00739

Dear Clerk:

    Enclosed please find:

    The CERTIFIED RECORD RETURNED to lower court at the end of
    appellate proceedings. [03-4477, 04-3995] . Volumes
    included: 1  Pl;.

    Please acknowledge receipt of the certified record on the attached
copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

7/8/05
Date

                    Very truly yours,
                    Leonard Green, Clerk

                    Scott J. Swearingen
                    Records Management Deputy