UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-4477: 04-3995

Filed: July 7, 2005

CARMEN CARTER

    Plaintiff - Appellant

v.

THE E.W. SCRIPPS COMPANY, Publisher of the Cincinnati Post and Kentucky Post

    Defendant - Appellee

1:00cv739

### MANDATE

Pursuant to the court's disposition that was filed 6/15/05 the mandate for this case hereby issues today.

A True Copy.

No costs taxed

Attest:

Filing Fee .......... $
Printing ............ $

    Total ........ $

_____
Deputy Clerk